IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LORA J. WHEATLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  11-cv-3414 |
| | ) | |
| FACTORY CARD AND PARTY OUTLET, a division of AMSCAN Holdings, Inc., | ) ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Motion in Limine**

Now Comes the Plaintiff, Lora J. Wheatley ("Wheatley"), by and through her attorney, John A. Baker, and in support of this first motion in limine states as follows:

1. As part of her discovery request under Fed.R.Civ.P. 33, Wheatley propounded the following interrogatory:

> 1. Do you contend that Wheatley was not disabled at the time her employment ended? If so, explain each and every justification for your contention.

The Defendant responded to this interrogatory as follows:

> In addition to their general objections, Defendant objects to this interrogatory as vague and ambiguous. Defendant further objects on the ground that it seeks disclosures of opinion or opinions, mental impressions, conclusions, work product, argument or legal theories of Defendant or its counsel or other representatives. (Exhibit A)

2. Under Fed.R.Civ.P. 37(a)(4) the Defendant has failed to answer this interrogatory.

3. The Defendant has not supplemented this interrogatory answer.

4. Given that the Defendant has not indicated whether they contend that Wheatley was disabled, much less provided any evidence to support such an argument, they should be

barred from presenting any evidence or making any argument that Wheatley was disabled at the time of her termination.

Wherefore, the Plaintiff, Lora Wheatley, respectfully requests that this Court enter an order precluding any evidence or argument from the Defendant suggesting that she was not disabled.

Lora J. Wheatley

/s/ John A. Baker

John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:  (217) 522-3445
F:  (217) 522-8234
E:  jab@bbklegal.com

## Certificate of Service

This document was filed utilizing this Court's ECF system.  A copy will automatically be forwarded to all counsel of record.  No copies have been served via any alternative method.

/s/ John A. Baker

John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:  (217) 522-3445
F:  (217) 522-8234
E:  jab@bbklegal.com